**COURTROOM DEPUTY'S MINUTES**          **DATE: November 8, 2005**

**MIDDLE DISTRICT OF ALABAMA**          **DIGITAL RECORDING: 10:32 - 10:37**

**Tape # 5059 1366 - `1595**

√**ARRAIGNMENT**          ❏ **CHANGE OF PLEA**          ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**          ❏ **SENTENCING**

-------------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE:** Susan Russ Walker          **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 1:05cr247-W          **DEFENDANT NAME:** Mikel Brett Elmore

**AUSA:** Sean Tarantino          **DEFENDANT ATTORNEY:** Kevin Butler

**Type counsel (  )Waived; (  )Retained; (  )CJA; ( √ )FPD**

**(  ) appointed at arraignment; (  ) standing in for: _____**

**PTSO/USPO:**

**Interpreter present? ( √ )NO; (  )YES   Name:**

-------------------------------------------------------------------------------------------------

√This is defendant's **FIRST APPEARANCE.**

√**Financial Affidavit executed.       ORAL MOTION for appointment of Counsel.**

√**ORAL ORDER appointing Federal Public Defender.  Notice of Appearance to be filed.**

❏ **WAIVER OF INDICTMENT** executed and filed.

❏ **INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**          √**Not Guilty**

          ❏ **Guilty as to:**

                    ❏ **Count(s):**

                    ❏ **Count(s):**          ❏ **dismissed on oral motion of USA**

                                        ❏ **to be dismissed at sentencing**

❏ Written plea agreement filed   ❏ **ORDERED SEALED**

❏ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.**

√CRIMINAL TERM: **January 23, 2006**          √ WAIVER OF SPEEDY TRIAL filed.

**DISCOVERY DISCLOSURE DATE: November 14, 2005**

❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:

          ❏ Trial on _____; ❏ Sentencing on _____

❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:

          ❏ Trial on _____; or ❏ Sentencing on _____

❏ Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed

                    ❏ Defendant requests time to secure new counsel