IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 1:05CR247-W |
| | ) | |
| MIKEL BRETT ELMORE | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, Mikel Brett Elmore, in the above-styled case.

Dated this 17th day of November 2005.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 1:05CR247-W |
| ) | |
| **MIKEL BRETT ELMORE** ) | |

## CERTIFICATE OF SERVICE

     I hereby certify that on November 17, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Sean P. Tarantino, Esquire
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362-5000

                                                     Respectfully submitted,

                                                     s/ Kevin L. Butler
                                                     KEVIN L. BUTLER
                                                     First Assistant Federal Defender
                                                     201 Monroe Street, Suite 407
                                                     Montgomery, Alabama 36104
                                                     Phone: (334) 834-2099
                                                     Fax: (334) 834-0353
                                                     E-mail: kevin_butler@fd.org
                                                     AZ Bar Code: 014138