IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05cr247-SRW |
| | ) | |
| MIKEL BRETT ELMORE | ) | |

## ORDER

The defendant, MIKEL BRETT ELMORE, has indicated to the court that he wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, MIKEL BRETT ELMORE, appear with counsel before Magistrate Judge Charles S. Coody on January 11, 2006 at 10:00 a.m. in Room 342, 5700 Novosel Street, Soldier Service Center, Fort Rucker, Alabama, to enter a change of plea.

Done, this 5th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE