| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: 1/11/06   TIME: 10:11 – 10:37 to 10:47 |
| MIDDLE DISTRICT OF ALABAMA | TAPE NO.: 3049   AT 110 – 145 - 406 |

❏ ARRAIGNMENT    √ **CHANGE OF PLEA**    ❏ CONSENT PLEA

❏ **RULE 44(c) HEARING**    ❏ **SENTENCING**

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*   **DEPUTY CLERK:** *WANDA STINSON*
**CASE NUMBER:** *1:05CR247-CSC*   **DEFENDANT NAME:** *MIKEL BRETT ELMORE*
**AUSA:** *SEAN PATRICK TARANTINO*   **DEFENDANT ATTY:** *KEVIN BUTLER*

Type Counsel: ( ) Waived;   ( ) Retained;   ( ) Panel CJA;   ( ) CDO

**USPO:** BOB PITCHER

Defendant _____ does   √ does NOT need and interpreter.

Interpreter present?  √ NO _____ YES  Name: _____

---

❏   This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

❏   WAIVER OF INDICTMENT executed and filed.

❏   INFORMATION filed.

❏   Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty                    ❏ Nol Contendere
           ❏ Not Guilty by reason of insanity
           √ Guilty as to:
               √ Count(s) __2__ of the Information
               √ Count(s) _1 & 3_   ❏ dismissed on oral motion of USA;
                                    √ to be dismissed at sentencing

❏   **CRIMINAL TERM**: _____   ❏ **WAIVER OF SPEEDY TRIAL** filed.
    **DISCOVERY DISCLOSURE DATE**: _____

√   **ORAL** plea agreement filed. ❏ Written plea agreement. ❏ **ORDERED SEALED.**

√   **APPEARANCE BOND** executed.

   ❏ Trial on ____; √ Sentencing on _3/7/05 @ 10:00 A.M._ ❏ to be set by separate order.

❏   **ORDER:**   Defendant remanded to custody of U. S. Marshal for:
              Trial on _____ ; or ❏ Sentencing on _____ .