IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:05CR247-CSC |
| | ) | |
| MIKEL BRETT ELMORE | ) | |
| | ) | |

**ORDER**

    For good cause, it

    **ORDERED** that the defendant is set for sentencing on **March 7, 2006 at 10:00 a.m.**, before the undersigned Magistrate Judge, at the Soldiers Service Center, Building 5700, in Room 342, Ft. Rucker, Alabama.

    Done this 17th day of January, 2006.

                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE