| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: March 7, 2006    TIME: 10:06 to 10:09 |
| MIDDLE DISTRICT OF ALABAMA | TAPE # 3050-CSC from 27 to 113 |

❏ ARRAIGNMENT    ❏ CHANGE OF PLEA    ❏ CONSENT PLEA

❏ RULE 44(c) HEARING    √ SENTENCING

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*    **DEPUTY CLERK:** *WANDA STINSON*
**CASE NUMBER:** *1:05CR247-CSC*    **DEFENDANT NAME:** *MIKEL BRETT ELMORE*
**AUSA:** *CAPT. ASHLEA HOLT*    **DEFENDANT ATTY:** *DONNIE BETHEL*

Type Counsel: ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (√) CDO

**USPO:** BOB PITCHER

Defendant _____ does  √ does NOT need and interpreter.

Interpreter present?  √ NO _____ YES    Name: _____

( ) COURT PROCEEDING: **SENTENCING**

| | |
|---|---|
| 10:06 a.m. | Court convenes; parties present as noted;<br>There are no objections to the presentence report;<br>The court adopts the factual findings of the PSR;<br>Sentence is stated;<br>There are not objections to sentence as stated;<br>Sentence is ordered imposed;<br>Pursuant to the plea agreement deft waives right to appeal |
| 10:09 a.m. | Court is recessed. |