IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:05CR00247-001 |
| | ) |
| **MIKEL BRETT ELMORE,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution imposed by the Court in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Middle District of Alabama is hereby authorized and empowered to satisfy the judgment as to the monetary imposition only.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

BY: /s/ R. Randolph Neeley
      R. RANDOLPH NEELEY
      Assistant United States Attorney
      Bar NO. 9083-E56R

Dated: June 1, 2006

Judgment Dated  March 7, 2006

Judge:  Susan Ross Walker

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Satisfaction of Judgment upon **Mikel Brett Elmore**, defendant, by mailing a copy of same, first class, postage prepaid, addressed to 404 C Old Newton Road, Daleville, AL 36322, this the 1st day of June, 2006.

/s/ R. Randolph Neeley
Assistant United States Attorney

Post Office Box 197
Montgomery, AL 36101
Office: (334) 223-7280
   Fax: (334) 223-7201